**01–1246.  State v. Fennell.**
Hamilton App. No. C–010180. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**01–1268.  State v. Pasqualone.**
Ashtabula App. No. 2001–A–0015. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**01–1277.  State v. Buckner.**
Hamilton App. No. C–010052. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–1288.  State v. Williams.**
Stark App. No. 1998CA00060. On motion for leave to file delayed appeal. Motion denied.

**01–1312.  McClain v. Northwest Community Corrections Ctr.**
Certified State Law Question, No. 300CV7648. On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following questions certified by the United States District Court for the Northern District of Ohio, Western Division:
   "(1) Is an employee of a judicial corrections board hired to the staff of a community based correctional facility an at-will employee who serves at the pleasure of the Board?
   "(2) Is an employee of a judicial corrections board hired to staff a community based correctional facility, who is subject to a 120 day initial review period pursuant to Board policy, entitled to 'due process' in the termination of her employment pursuant to O.A.C. § 5120:1–14–03(P) and R.C. § 5120.111."
   RESNICK and LUNDBERG STRATTON, JJ., dissent.
   *Sua sponte,* the cause is set for argument.
   RESNICK and LUNDBERG STRATTON, JJ., dissent.

**01–1325.  State ex rel. Shemo v. Mayfield Hts.**
In Mandamus. On motion to dismiss. Motion denied and alternative writ granted.

**01–1333.  State v. Mardis.**
Franklin App. No. 98AP–1059. On motion for leave to file delayed appeal. Motion denied.

**01–1387.  State v. Rivers.**
Franklin App. No. 98AP–1322. On motion for leave to file delayed appeal. Motion denied.

**01–1409.  State v. Eden.**
Lorain App. Nos. 00CA007599, 00CA007601 and 00CA007602. On motion for leave to file delayed appeal. Motion denied.
   LUNDBERG STRATTON, J., dissents.

**01–1410.  State v. Payton.**
Sandusky App. No. S–97–049. On motion for leave to file delayed appeal. Motion denied.
   RESNICK, J., not participating.

**01–1420.  State v. Robinson.**
Hamilton App. No. C–010126. On motion for leave to file delayed appeal. Motion denied.

**01–1427.  State v. Wetherall.**
Hamilton App. No. C–000113. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 00–1595 and 00–1682, *State v. Barnes,* Portage App. No. 98–P–0052; briefing schedule stayed.
   DOUGLAS, J., dissents.

**01–1468.  State v. Perotti.**
Cuyahoga App. No. 79228. On motion for leave to file delayed appeal. Motion denied.
   COOK, J., dissents.